**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Case No. 26-42577

Mercy Health Care, LLC. Chapter 11 Case, Subchapter V

Debtor.

## DEBTOR'S PRE-STATUS CONFERENCE REPORT

The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code.

1. Status of the Debtor's Business Operations. The Debtor plans to reorganize its business debt and continue operations of the home health care business. The Debtor expects patient and staff members to remain consistent or increase. Throughout the case so far, the Debtor has continued to operate the business in the ordinary course and is following the budget approved in connection with use of cash collateral.

2. Communications with Parties in Interest. The Debtor has communicated with the office of the US Trustee and provided all documents required for the initial debtor interview and meeting of creditors. The Debtor has also communicated with the IRS and reached an agreement on use of cash collateral. The Debtor remains current on all post-petition taxes.

3. Timing for Filing Plan of Reorganization. The Debtor intends to file a plan within the 90-day deadline imposed by the Bankruptcy Code. The plan will propose for payment in full of all priority and secured tax debt and any remaining disposable income will be paid to unsecured creditors.

4. Anticipated Issues: At this time, the Debtor does not anticipate issues.

5.

Dated: September 16, 2026

SIELING LAW, PLLC

By: *s/ Mary F. Sieling*

Mary F. Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191 Email:mary@sielinglaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Mercy Health Care, LLC Case No. 26-42577

Debtor. Chapter 11, Subchapter V

# Ballot for Accepting or Rejecting Plan of Reorganization

The Debtor, Mercy Health Care, LLC ("Proponent") filed a plan of reorganization dated DATE (The Plan) for the Debtor in this case and which is enclosed.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote. If your ballot is not received by Sieling Law at Po Box 1116 Minnetonka, Minnesota 55345 or mary@sielinglaw.com on or before DATE and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan:

The undersigned, the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars, hereby:

Check one box only

______ **Accepts the plan**

______ **Rejects the plan**

Dated: Signed:

Name of
Creditor:
(Please print name)

Address:

Return completed ballot to:
Sieling Law, PLLC
PO Box 1116
Minnetonka, MN 55345
This ballot must be received no later than DATE