**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Case No. 26-42577

Mercy Health Care, LLC — Chapter 11 Case, Subchapter V

Debtor. DECLARATION

---

1. This declaration is submitted to address the issue of whether case managers should receive notice of this bankruptcy case and be served with pleadings in this case.
2. On August 7, 2026, the State of Minnesota regulatory agencies were sent notice of this bankruptcy case [ECF No. 17]. The debtor's attorney has received no response or concerns from the state regulatory agencies.
3. The State agency is the sole regulatory authority, handles all payments to the debtor, does all auditing, handles training materials and has other roles with regard to home health care. Accordingly, the State agency is the proper party to receive notice and monitor the bankruptcy.
4. Nothing about the bankruptcy changes a patient's rights or caregiver's rights to contact the case manager or State. Throughout the case so far, the Debtor has continued to provide quality patient care.
5. To help address the concerns about appropriate notice, the debtor proposes that the case managers be given notice of any motion to dismiss or convert the case. This provides 21 days' notice at minimum to case managers. If this solution is approved, the debtor will provide the United State Trustee's office, the Subchapter v Trustee and the attorney for the IRS with the names and addresses of all case managers.

Dated: September 30, 2026

*/s/Ziad Zahran*
Ziad Zahran, President of the Debtor

SIELING LAW, PLLC

By: *s/ Mary F. Sieling*
Mary F. Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191
Email:mary@sielinglaw.com