**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Chapter 11
Subchapter V

Mercy Health Care, LLC,

Debtor. Case No. 26-42577

## SCHEDULING ORDER

Under 11 U.S.C. § 1188, the court held a status conference in this case on October 1, 2026. Appearances were noted in the record. Based on the representations of the parties at the status conference,

**IT IS ORDERED:**

1. The debtor must file a plan on or before November 2, 2026.

2. Any election under § 1111(b) of the Bankruptcy Code must be made on or before December 23, 2026.

3. Any equity security holder or creditor whose claim is based on a security must be the holder of record of the security as of December 23, 2026, to be eligible to accept or reject the plan.

4. The proposed ballot is approved.

5. The proponent must mail copies of the plan, the approved ballot, and this order to all parties required by Fed. R. Bankr. P. 2002(b) and 2002(d) on or before December 2, 2026.

6. A hearing to consider confirmation of the plan will be held on January 6, 2027, at 10:00 a.m. before Honorable Katherine A. Constantine, in Courtroom 8W Diana E. Murphy, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

7. Holders of claims and interests must accept or reject the plan by submitting a completed ballot to the address provided on the ballot form no later than December 30, 2026.

8. An objection to confirmation must be made by motion under Local Rule 3020-1 and filed and served no later than December 30, 2026.

9. No later than January 4, 2027, at 10:00 a.m., the proponent must:

    a. File all received ballots using the instructions provided by the clerk on the court's website; and

b. File and serve the report of ballot tabulation as required under Local Rule 3020-1(b).

10. The deadline to file a complaint objecting to the debtor's discharge, under Fed. R. Bankr. P. 4004(a)(2) is January 6, 2027.

11. Except as altered by the Court, dates stated in this order are mandatory. Deadlines will not be extended except for good cause. The Court reserves the right to act upon such requests without a hearing.

12. Failure to comply with this order may result in the imposition of sanctions.

Dated: *October 5, 2026*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge